IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| IN2 NETWORKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL, INC. and ADI, <br><br> Defendants. | ORDER OF DISMISSAL <br><br> WITH PREJUDICE <br><br><br> Case No. 2:11-cv-006 |

The court, having considered the parties' stipulation for dismissal with prejudice, and finding good cause, ORDERS that:

1. The action is dismissed with prejudice; and

2. The parties shall bear their own costs and fees.

SO ORDERED this 22nd day of June, 2012.

BY THE COURT:

*Tena Campbell*

_____
TENA CAMPBELL
United States District Judge